# Terry Iles

| | |
|---|---|
| **From:** | Terry Iles <terryiles@ileslawoffice.com> |
| **Sent:** | Wednesday, July 01, 2020 2:48 PM |
| **To:** | 'Phillip Zeeck' |
| **Cc:** | 'Todd Bartels'; 'Dan Boulware' |
| **Subject:** | Reed v. Landers McLarty |

Phil,

Please accept this email pursuant to our recent phone call. As I indicated, we believe that additional documents should be produced that would be responsive to the request. Since the document produce was identical to both entities, the documents requested below should involve both entities. Such documents are listed in more detail below.

1. Documents sent to and/or received from the Kansas Department of Revenue, Dealer Licensing, for the past 5 years, including, but not limited to documents involving the Application for Relocation.
2. Company organization documents, including, but not limited to Articles of Organization, Operating Agreement, etc.
3. Documents relating to your license to sell new and used motor vehicles in the State of Kansas.
4. Agreements with FCA, including any manufacturer agreement, sales and service agreement, franchise agreement, dealership facility and location addendum, etc.
5. Documents that support your allegation that "Fiat Chrysler Automobiles is a successor-in-interest to DaimlerChrysler Motors Company, LLC."
6. Documents pertaining to damages.
    a. Attorney fee billing statements relating to the Notice of Protest proceeding
    b. Value of time spent by the Plaintiffs
    c. Attorney fee billing statements in this proceeding
    d. documents special injury
7. Documents that support your allegation that you "have been and are 'successors' of the Agreement, entitling them to all of the rights and benefits of the Agreement."
8. Documents that support your allegation that "Plaintiffs are also third-party beneficiaries of the Agreement, entitling them to all of the rights and benefits of the Agreements."

As I indicated during our phone call, I filed another 7 day extension to allow you time to produce the documents. Please see that the documents are produced by Monday, July 6, 2020.

Let me know if you have any questions. Thanks.

Terry A. Iles
LAW OFFICE OF TERRY A. ILES
The Liberty Building
214 SW 6th Avenue, Suite 301
Topeka, Kansas 66603
TEL: 785/232-2777
FAX: 785/232-0606
E-Mail: terryiles@ileslawoffice.com
www.ileslawoffice.net

This electronic message is intended to be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of

this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, please be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (785) 232-2777 and delete the original message from your e-mail system. Thank you.